AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Kenneth Bauldree, Individually,<br><br>*Plaintiff(s)*<br>v.<br>FIRST RESPONSE LOCATOR SYSTEMS OF AMERICA, LLC, a Georgia Limited Liability Company, THOMSON GLOBAL HOLDINGS, INC., a Georgia Corporation, TERRY S. LACY, Individually, BRIAN THOMSON, Individually, and ANGELA GLYNN, Individually,<br>*Defendant(s)* | Civil Action No. 6:23-cv-00489-WWB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* First Response Locator Systems of America, LLC
c/o Terry S. Lacy, Registered Agent
7800 NE Industrial Blvd.
Macon, Georgia 31216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monifa Hall, Esq.
Greenspoon Marder LLP
600 Brickell Ave.
Suite 3600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date: March 17, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Kenneth Bauldree, Individually,<br><br>*Plaintiff(s)*<br>v.<br>FIRST RESPONSE LOCATOR SYSTEMS OF AMERICA, LLC, a Georgia Limited Liability Company, THOMSON GLOBAL HOLDINGS, INC., a Georgia Corporation, TERRY S. LACY, Individually, BRIAN THOMSON, Individually, and ANGELA GLYNN, Individually,<br>*Defendant(s)* | Civil Action No. 6:23-cv-00489-WWB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomson Global Holdings, Inc.
c/o Brian Thomson, Registered Agent
7800 NE Industrial Blvd.
Macon, Georgia 31216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monifa Hall, Esq.
Greenspoon Marder LLP
600 Brickell Ave.
Suite 3600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KarinaCummings*

Date: March 17, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Kenneth Bauldree, Individually, <br><br> *Plaintiff(s)* <br> v. <br> FIRST RESPONSE LOCATOR SYSTEMS OF AMERICA, LLC, a Georgia Limited Liability Company, THOMSON GLOBAL HOLDINGS, INC., a Georgia Corporation, TERRY S. LACY, Individually, BRIAN THOMSON, Individually, and ANGELA GLYNN, Individually, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:23-cv-00489-WWB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Terry S. Lacy
250 Fenwick Cir
McDonough, Georgia 30253

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monifa Hall, Esq.
Greenspoon Marder LLP
600 Brickell Ave.
Suite 3600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



KarinaCummings

Date: March 17, 2023

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Kenneth Bauldree, Individually, <br><br><br><br>*Plaintiff(s)*<br>v.<br>FIRST RESPONSE LOCATOR SYSTEMS OF AMERICA, LLC, a Georgia Limited Liability Company, THOMSON GLOBAL HOLDINGS, INC., a Georgia Corporation, TERRY S. LACY, Individually, BRIAN THOMSON, Individually, and ANGELA GLYNN, Individually,<br>*Defendant(s)* | Civil Action No. 6:23-cv-00489-WWB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian Thomson
207 Trellis Walk
Centerville, Georgia 31028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monifa Hall, Esq.
Greenspoon Marder LLP
600 Brickell Ave.
Suite 3600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date: March 17, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Kenneth Bauldree, Individually, <br><br><br>*Plaintiff(s)*<br>v.<br>FIRST RESPONSE LOCATOR SYSTEMS OF AMERICA, LLC, a Georgia Limited Liability Company, THOMSON GLOBAL HOLDINGS, INC., a Georgia Corporation, TERRY S. LACY, Individually, BRIAN THOMSON, Individually, and ANGELA GLYNN, Individually,<br>*Defendant(s)* | Civil Action No. 6:23-cv-00489-WWB-LHP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Angela Glynn
1463 Woodwind Ct
Fort Myers, Florida 33919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monifa Hall, Esq.
Greenspoon Marder LLP
600 Brickell Ave.
Suite 3600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KarinaCummings*

Date: March 17, 2023

*Signature of Clerk or Deputy Clerk*